# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

April 1, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 04-70050 USA v. Hall
    USDC No.  4:94-CR-00121-2
              4:00-CV-422-Y

The court has granted in part an extension of time to and including June 17, 2005 to comply with the certificate of appealability requirements.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Monica Washington, Deputy Clerk
    504-310-7705

Mr Robert Charles Owen
Ms Delonia Anita Watson