UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT



UNITED STATES OF AMERICA,     )
    Plaintiff-Appellee     )
         )
         )
v.     )      NO. 04-70050  U.S. COURT OF APPEALS
         )               **FILED**
ORLANDO CORDIA HALL,     )
    Defendant-Appellant     )         JUN 1 0 2005

CHARLES R. FULBRUGE III
CLERK

### APPELLANT'S MOTION FOR LEAVE TO FILE RECORD EXCERPTS IN EXCESS OF PRESUMPTIVE LIMITS SET BY F.R.A.P. 30.1.6

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Defendant-Appellant, Orlando Hall, ("Mr. Hall"), by and through undersigned counsel, respectfully moves the Court, pursuant to F.R.A.P. 2, 27 and 30.1.6, for leave to file record excerpts to accompany his application for a certificate of appealability that exceed the forty-page limit for optional contents set forth in F.R.A.P. 30.1.6. In support of his motion, Mr. Hall would respectfully show the Court as follows:

1. Mr. Hall challenged his conviction and death sentence under 28 U.S.C. § 2255 and Rule 33 of the Federal Rules of Criminal Procedure ("2255 Motion"). The District Court denied relief and, thereafter, denied Mr. Hall's application for a certificate of appealability. Mr. Hall's COA Application is currently due in this Court on June 17, 2005.

2. The centerpiece of the 2255 Motion is Mr. Hall's claim that trial counsel

The Opposed / Unopposed
Motion *for leave to file RE in excess*
*7 optional page limits*
Is Granted In Part   Denied

_____
      *RB  6/13/05*

1

provided ineffective assistance with respect to the penalty phase of his trial. In support of this claim, Mr. Hall provided declarations from experts Michael Tigar and Jill Miller, M.S.S.W. regarding the relevant prevailing professional norms for defending capital cases in 1994-1995 and the ways in which trial counsel's performance fell below that standard. Both the 2255 Motion and the Reply filed on Mr. Hall's behalf attach as exhibits declarations regarding these subjects by both experts.

3. The COA application Mr. Hall will be filing in this Court repeatedly references the four declarations provided by Mr. Tigar and Ms. Miller. Accordingly, for ease of reference, Mr. Hall would like to include the four declarations in the optional contents of the record excerpts he will be filing. Together, however, they comprise 82 pages of text.

4. F.R.A.P. 30.1.6 limits the page length of the optional portion of record excerpts to 40 pages, absent leave of Court. Mr. Hall respectfully submits that allowing him to file record excerpts exceeding that limit by 42 pages will assist this Court's review of the COA application.

5. Undersigned counsel Marcia Widder has spoken with the Government's attorney, Delonia Watson, who indicated the Government has no position on this motion.

WHEREFORE, Mr. Hall respectfully requests that this Court grant him leave to file optional contents of record excerpt that are 82 pages in length.

Respectfully submitted,

ROBERT C. OWEN
Texas Bar No. 15371950
Owen & Rountree, LLP
510 S. Congress Ave., Ste. 308
Austin, Texas 78704
Tel. 512-804-2661
Fax 512-804-2685

MARCIA A. WIDDER
Louisiana Bar No. 23367
636 Baronne St.
New Orleans, LA 70113
Tel. 504-558-9867
Fax. 504-558-0378

Counsel for Orlando Hall

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing motion has been served on counsel for the Government by placing the same into the United States Mail, first-class postage prepaid, addressed to:

> AUSA Delonia Watson
> Office of the U.S. Attorney
> 801 Cherry Street, Suite 1700
> Fort Worth, TX 76102

this 10th day of June, 2005

_Marcia A. Widder_
Marcia A. Widder