# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

June 13, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 04-70050 USA v. Hall
            USDC No.  4:00-CV-422-Y
                      4:94-CR-00121-2

The court has granted the motion for leave to file Record Excerpts in excess of 40 pages, but this decision is subject to reconsideration by the merits panel.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

        By:    _____
                    Monica Washington, Deputy Clerk
                    504-310-7705

Mr Robert Charles Owen
Ms Marcia Adele Widder
Ms Delonia Anita Watson