IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-70050

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ORLANDO CORDIA HALL

Defendant - Appellant

U.S. COURT OF APPEALS

FILED

JUN 2 1 2005

CHARLES R. FULBRUGE III
CLERK

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

ORDER:

IT IS ORDERED that appellant's motion for leave to file brief in support of certificate of appealability in excess of page limitation, but not to exceed 107 pages, or 30,250 words is *denied;*

IT IS FURTHER ORDERED that appellant's alternative request for an extension of time to and including July 18, 2005, in the event the court does not authorize the filing of the proposed certificate of appealability is *granted.*

CAROLYN DINEEN KING
CHIEF JUDGE