# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

June 21, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 04-70050 USA v. Hall
USDC No.  4:00-CV-422-Y
4:94-CR-00121-2

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Monica Washington, Deputy Clerk
504-310-7705

Mr Robert Charles Owen
Ms Marcia Adele Widder
Ms Delonia Anita Watson