

# U.S. Department of Justice

United States Attorney
Northern District of Texas

*801 Cherry Street, Suite 1700*  *Telephone (817)252-5200*
*Fort Worth, Texas 76102-6897*  *Fax (817)978-3094*

August 11, 2005

Charles R. Fulbruge III, Clerk
United States Court of Appeals
 for the Fifth Circuit
600 Camp Street
New Orleans, Louisiana 70130

U.S. COURT OF APPEALS

F I L E D

AUG 1 5 2005

CHARLES R. FULBRUGE III
CLERK

*[stamp: U.S. COURT OF APPEALS RECEIVED AUG 15 2005 NEW ORLEANS, LA.]*

Attn: Ms. Monica Washington, Deputy Clerk

Re:  **UNITED STATES v. ORLANDO CORDIA HALL,
Appeal Number 04-70050**

Dear Ms. Washington:

This letter confirms the 30-day extension granted by the Court for the filing of appellee's reponse to the request for COA by appellant in the above-referenced appeal. This is the first extension granted by the Court to appellee for filing its response. The original due date was August 17, 2005. The extension changes the due date to September 17, 2005.

An extension has been requested because counsel for the government will not be able to complete its response by its original due date. Counsel filed the government's response in *United States v. Gregory Hicks*, Appeal Number 05-10055, on July 21, 2005; *Jesus Olivare v. United States*, Appeal Number 05-10411, on July 22, 2005; and *United States v. Gary Dean Posey*, Appeal Numbers 05-10330 and 05-10332, on August 9, 2005. Counsel has a response due in *United States v. Robert Antony Loeffel*, Appeal Number 05-10236, on August 22, 2005. Counsel is also scheduled for annual leave from August 25, 2005, through September 2, 2005, for an international basketball tournament.

Counsel for Mr. Hall, Ms. Marcia A. Widder, does not object to the granting of an extension. As indicated, a copy of this letter has been forwarded to counsel for Mr. Southerland.

Sincerely,

RICHARD B. ROPER
United States Attorney

DELONIA A. WATSON
Assistant United States Attorney

cc:    Marcia A. Widder
Attorney at Law
636 Baronne Street
New Orleans, Louisiana  70113

Robert C. Owen
Attorney at Law
Owen & Rountree, LLP
P. O. Box 40428
Austin, Texas 78704