# 04-70050

U.S. COURT OF APPEALS
FILED
OCT 7 2005
CHARLES R. FULBRUGE III
CLERK

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**

Plaintiff-Appellee,

v.

## ORLANDO CORDIA HALL,

Defendant-Appellant.

On Appeal from the United States District Court
for the Northern District of Texas
Fort Worth Division
District Court Number 4:00-CV-422-Y

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

Appellee, by and through the United States Attorney for the Northern

District of Texas, files this motion for an extension of time to file appellee's brief

in the above-captioned appeal.

1. This appeal from the denial of a post-conviction writ involves an

appellant sentenced to the death penalty for the kidnapping and murder of Lisa

*Unopposed motion for ext. } time to 11/10/05 to file E's brief is GRANTED.*

*/s/ 10/11/05*

**Motion for Extension of Time to File Appellee's Brief**          **Page 1**

Rene. Appellee is scheduled to file a response to the wide-ranging request for COA made by appellant in the above-referenced appeal by October 11, 2005.

2. The original due date for the response was August 17, 2005. The Court granted one extension to September 17, 2005. Counsel for the government requests an additional 30 days; the granting of which would change the due date to November 10, 2005.

3. During the relevant period, counsel for the government has taken annual leave spanning eight days, and has taken sick leave intermittently over an additional 14-day period because of a flare-up of a chronic health condition. Counsel is completing the government's response in *United States v. Robert Antony Loeffel*, Appeal Number 05-10236, which is also due on October 11, 2005.

4. In an abundance of caution and due to the nature of the health condition, counsel is requesting a period of time that exceeds what she believes is necessary to complete the response so that it will not be necessary for counsel to engage the Court's limited resources in the event of another major flare-up.

5. Marcia A. Widder, counsel for Hall, has no objection to the Court granting this motion.

Appellee therefore respectfully asks that the filing of its response be extended another 30 days to November 10, 2005.

Respectfully submitted,

RICHARD B. ROPER
United States Attorney
Northern District of Texas

DELONIA A. WATSON
Assistant United States Attorney
Texas State Bar Number 20937500
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
817.252.5200 OFFICE
817.978.6381 FAX

# CERTIFICATE OF SERVICE

I hereby certify that, on the 6th day of October, 2005, the original and three copies of the foregoing were sent via Federal Express to the Clerk of the United States Court of Appeals for the Fifth Circuit, and two copies of the same were served on Hall's counsel,

Marcia A. Widder
Attorney at Law
636 Baronne Street
New Orleans, Louisiana 70113

Robert C. Owen
Attorney at Law
Owen & Rountree, LLP
P. O. Box 40428
Austin, Texas 78704,

via the United States mail.

DELONIA A. WATSON
Assistant United States Attorney

\mandos2005\ohallext.wpd