# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

| CHARLES R. FULBRUGE III | **TEMP. U.S.P.S. ADDRESS:** | **P.O. BOX 610160** | TEL. 504-310-7700 |
|---|---|---|---|
| CLERK | | **HOUSTON, TX 77208** | 600 CAMP STREET |
| | **COMMERCIAL DELIVERY:** | **ROOM 1216, 515 RUSK ST.** | NEW ORLEANS, LA 70130 |
| | | **HOUSTON, TX 77002** | |

October 11, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 04-70050 USA v. Hall
   USDC No.  4:00-CV-422-Y
            4:94-CR-00121-2

The court has granted appellee's motion for an extension of time to and including November 10, 2005, for filing response to application for certificate of appealability in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Monica Washington, Deputy Clerk
713-250-5440

Mr Robert Charles Owen
Ms Delonia Anita Watson