IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-70050

U.S. COURT OF APPEALS
**FILED**

NOV 2 9 2005

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ORLANDO CORDIA HALL

Defendant - Appellant

--------------------------

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

--------------------------

O R D E R :

IT IS ORDERED that appellant's unopposed motion for leave to
file reply in support of certificate of appealability on or
before January 17, 2006, is *granted*.

CAROLYN DINEEN KING
CHIEF JUDGE