# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

| | | | |
|---|---|---|---|
| CHARLES R. FULBRUGE III | **TEMP. U.S.P.S. ADDRESS:** | **P.O. BOX 610160** | TEL. 504-310-7700 |
| CLERK | | **HOUSTON, TX 77208** | 600 CAMP STREET |
| | **COMMERCIAL DELIVERY:** | **ROOM 1216, 515 RUSK ST.** | NEW ORLEANS, LA 70130 |
| | | **HOUSTON, TX 77002** | |

November 29, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 04-70050 USA v. Hall
        USDC No.  4:00-CV-422-Y
                4:94-CR-00121-2

Enclosed is an order entered in this case.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        By: _____
           Monica Washington, Deputy Clerk
           713-250-5440

Mr Robert Charles Owen
Ms Delonia Anita Watson