**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 5, 2006

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

        No. 04-70050 USA v. Hall
           USDC No.  4:00-CV-422-Y
                     4:94-CR-00121-2

Dear Ms Mitchell:

Enclosed is a certified copy of an opinion-order entered on July
5, 2006.  We have closed the case in this court.

We will forward the record on appeal at a later date.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By: _____
                Joseph Armato, Deputy Clerk

Enclosure
cc:  Honorable Terry R Means
     Mr Robert Charles Owen
     Ms Marcia Adele Widder
     Ms Delonia Anita Watson