# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 14, 2006

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

        No. 04-70050 USA v. Hall
            USDC No.  4:00-CV-422-Y
                      4:94-CR-00121-2

The following is (are) returned:

Original Record on Appeal,  ( 42 ) Vols.

Original Exhibits,  (    ) Box      ( 5 ) Expandable Envs.
                    (    ) Package  ( 1 ) PSR/SOR Envelope

    1 Expandable Folder Contining Several SEALED Envelopes.
    7 Sealed Envelopes - Doc #'s 966,967,968,970,1002,1003&1029.

            Sincerely,

            CHARLES R. FULBRUGE III, Clerk

            By: _____
                Monica Washington, Deputy Clerk
                504-310-7705