# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 1, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 04-70050 USA v. Hall
       USDC No.  4:00-CV-422-Y
              4:94-CR-00121-2

Enclosed is an order entered in this case.

       Sincerely,

       CHARLES R. FULBRUGE III, Clerk

By:    _____
       Monica Washington, Deputy Clerk
       504-310-7705

Mr Robert Charles Owen
Ms Delonia Anita Watson