COURT OF APPEALS
U.S. RECEIVED
DEC 1 1 2006
NEW ORLEANS, LA.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 6, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
FILED
DEC 1 2 2006
CHARLES R. FULBRUGE III
CLERK

> Re: Orlando Cordia Hall
>     v. United States
>     No. 06-8178
>     (Your No. 04-70050)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 30, 2006 and placed on the docket December 6, 2006 as No. 06-8178.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

