

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 16, 2007

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS

F I L E D

APR 2 4 2007

CHARLES R. FULBRUGE III
CLERK

Re:  Orlando Cordia Hall
     v. United States
     No. 06-8178
     (Your No. 04-70050)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk