**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 24, 2007

Ms Karen S Mitchell, Clerk
Northern District of Texas, Fort Worth
United States District Court
501 W 10th Street
202 US Courthouse
Fort Worth, TX 76102

        No. 04-70050 USA v. Hall
           USDC No.  4:00-CV-422-Y
                     4:94-CR-00121-2

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                CHARLES R. FULBRUGE III, Clerk

        By:    Charlene A. Vogelaar
                Charlene Vogelaar, Deputy Clerk
                504-310-7648

MDT-1