# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 25, 2016

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Ms. Marcia Adele Widder
303 Elizabeth Street, N.E.
Atlanta, GA 30307

    No. 04-70050   USA v. Hall
                       USDC No. 4:00-CV-422-Y
                       USDC No. 4:94-CR-00121-2

Dear Mr. Owen, and Ms. Widder,

We received your Application for Authorization to file a Successive 2255. We are taking no action on this motion because the motion is filed in the wrong case. The document is a new originating proceeding and should be filed via pay.gov.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Monica R. Washington, Deputy Clerk
                                504-310-7705

cc:  Ms. Delonia Anita Watson